**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHELLE MAJOR, | : | Civil Action |
| Plaintiff, | : | |
| v. | : | No.  21-4253 |
| | : | |
| TREDYFFRIN TOWNSHIP, | : | |
| Defendant. | : | JURY TRIAL DEMANDED |

_____

**DEFENDANT TREDYFFRIN TOWNSHIP'S**
**MOTION FOR SUMMARY JUDGMENT PURSUANT TO Fed.R.Civ.P. 56**

Defendant, Tredyffrin Township, by and through its attorneys Deasey, Mahoney &

Valentini, Ltd., move this Court to enter summary judgment pursuant to Fed.R.Civ.P. 56 for the

reasons set forth in the attached Brief and Statement of Undisputed Facts with supporting Exhibits,

which are incorporated herein by reference.

Respectfully submitted,

**DEASEY, MAHONEY & VALENTINI, LTD.**

Date:  July 5, 2022          BY:    */s/ Andrew B. Adair*_____
                                                   **ANDREW B. ADAIR**
                                                   Attorney I.D. No. 70756
                                                   103 Chesley Drive, Suite 101
                                                   Media, PA 19063
                                                   (610) 892-2732 Phone
                                                   (215) 587-9456 Fax
                                                   *Attorney for Defendant*
                                                   *Tredyffrin Township*